UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIV KUMAR, | Case No. 1:26-cv-1428-DC-JDP |
| Petitioner, | |
| v. | ORDER |
| CHRISTOPHER CHESTNUT, *et al.*, | |
| Respondents, | |

On February 25, 2026, the court converted petitioner's motion for a temporary restraining order to a motion for a preliminary injunction and granted it. ECF No. 12. The court also referred the matter to me for further proceedings. *Id.*

Still pending is respondents' motion to dismiss, ECF No. 8, and answer, ECF No. 9. Petitioner may file a response to respondents' motion and answer within seven days. If petitioner files a response, respondents may file a reply within seven days. If petitioner does not file an response by this deadline, the matter will be deemed submitted.

1

1       Accordingly, it is hereby ORDERED that petitioner may file a response to respondents'
2  motion and answer within seven days.  If petitioner files a response, respondents may file a reply
3  within seven days.  If petitioner does not file a response by this deadline, the matter will be
4  deemed submitted.

IT IS SO ORDERED.

Dated:    February 27, 2026                                 /s/ Jeremy Peterson
                                                                               JEREMY D. PETERSON
                                                                               UNITED STATES MAGISTRATE JUDGE